# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REINALDO FANTAUZZI**, Petitioner, v. **D.A. OF NORTHAMPTON CO. PA, et al.**, Respondents. | **CIVIL ACTION NO. 19-4961** |

## ORDER

**AND NOW**, this 17th day of January 2020, upon careful and independent consideration of the Petition for Writ of Habeas Corpus [Doc. No. 1], and upon review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 5), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.
2. The request to stay consideration of the habeas petition is **GRANTED**;
3. The petition for a writ of habeas corpus is placed **IN SUSPENSE** until the conclusion of Petitioner's state collateral review proceedings; and
4. Petitioner **SHALL NOTIFY** the Court within sixty days of the conclusion of the state proceedings in his case so that the habeas petition may proceed in this Court.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**